UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

MARCUS D. MAYS,

                Plaintiff,                      Case No.  2:15-CV-154

v.                                        HON. GORDON J. QUIST

KEVIN HEMMILA, et al.,

                Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 21, 2106.  No objections have been filed pursuant to 28 U.S.C. § 636(b).  Thus, the Court will adopt the Report and Recommendation.

       Therefore,

       **IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 21, 2016 (ECF No. 83), is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that Defendants' Motions to Dismiss (ECF No. 32, 37) are **DENIED**.

       **IT IS FURTHER ORDERED** that Defendants' Motion to Stay (ECF No. 74) is **DENIED**.

       .**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel Discovery (ECF No. 72) is **GRANTED**.

Dated:  August 11, 2016                    _____/s/ Gordon J. Quist_____
                                          GORDON J. QUIST
                                UNITED STATES DISTRICT JUDGE