UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARCUS D. MAYS,

    Plaintiff,

v.

KEVIN HEMMILA, et al.,

    Defendants.

Case No. 2:15-CV-154

HON. GORDON J. QUIST

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's October 4, 2017, Report and Recommendation recommending that Plaintiff's motion for preliminary injunction and temporary restraining order be denied. The Report and Recommendation was duly served on the parties on October 4, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

Therefore,

**IT IS HEREBY ORDERED** that the October 4, 2017, Report and Recommendation (ECF No. 137) is **approved and adopted** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 131) is **DENIED**.

Dated: November 20, 2017

/s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE